**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00911-CV

### IN RE JAY MCNEAL AND RAUL H. LOYA, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13829**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
        JUSTICE